IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Docket No.1:19MJ |
| v. ) | CLASS A MISDEMEANOR |
| ) | Initial Appearance: October 17, 2019 |
| BRYANT P. LAVENDER, ) | |
| ) | |
| Defendant. ) | |

**CRIMINAL INFORMATION**
(Count 1 –CLASS A MISDEMEANOR - 7877445)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about September 18, 2019, at the Mount Vernon Trail, in the Eastern District of Virginia, the defendant, BRYANT P. LAVENDER, did unlawfully, knowingly and intentionally possess a mixture and substance which contains a detectable amount of Marijuana, a Schedule I controlled substance.

(Violation of Title 21, United States Code, Section 844).

(Count 2 – CLASS A MISDEMEANOR-7877446)

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about September 18, 2019, at the Mount Vernon Trail, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, BRYANT P. LAVENDER, did unlawfully possess controlled paraphernalia, to wit: hypodermic syringe.

(Violation of 18 United States Code, Section 13, assimilating Title 54.1, Code of Virginia, Section 3466)

(Count 3 - CLASS B PETTY-7877446)

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about September 18, 2019, at the Mount Vernon Trail, in the Eastern District of Virginia, the defendant, BRYANT P. LAVENDER, did unlawfully operate a motor vehicle in a prohibited area, to wit: on a bike path.

(Violation of Title 36, Code of Federal Regulations, Section 4.10(a).

(Count 4 - CLASS B PETTY-7877448)

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about September 18, 2019, at the Mount Vernon Trail, in the Eastern District of Virginia, the defendant, BRYANT P. LAVENDER, did unlawfully operate a motor vehicle while under the influence of intoxicating liquor or drugs, to a degree that rendered him incapable of safe operation of a motor vehicle.

(Violation of Title 36, Code of Federal Regulations, Section 4.23(a)(1)).

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: *[signature]*

William E. Fitzpatrick
Assistant U.S. Attorney
Attorney for the United States
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703)-299-3743
Fax: (703)-299-3980
William.Fitzpatrick@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Criminal Information will be mailed to the defendant on the 11th day of October, 2019

William E. Fitzpatrick
Assistant U.S. Attorney